# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| ILENE HARPER, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. H-16-1678 |
| | § | |
| FORT BEND INDEPENDENT | § | |
| SCHOOL DISTRICT, | § | |
| | § | |
| Defendant. | § | |

## FINAL JUDGMENT

For the reasons stated in the court's Memorandum and Opinion of even date, this action is dismissed with prejudice. This is a final judgment

SIGNED on May 9, 2017, at Houston, Texas.

_____
Lee H. Rosenthal
Chief United States District Judge